# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BINANCE HOLDINGS LIMITED <br> *Plaintiff* <br> v. <br> DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL <br> *Defendant* | ) <br> ) <br> ) Case No. 26-cv-1980 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Binance Holdings Limited .

Date: 03/11/2026

/s/ Alexander C. Haden
*Attorney's signature*

Alexander C. Haden (AH1992)
*Printed name and bar number*

Withers Bergman LLP
430 Park Avenue, 10th Floor
New York, New York 10022 3505
*Address*

Alex.Haden@withersworldwide.com
*E-mail address*

(212) 848-9895
*Telephone number*

(212) 824-4295
*FAX number*