UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

BINANCE HOLDINGS LIMITED,

                     Plaintiff,

      vs.

DOW JONES & COMPANY, INC. d/b/a THE
WALL STREET JOURNAL,

                  Defendant.

---------------------------------------------------------------- x

Case No: 1:26-cv-1980

**NOTICE OF MOTION**

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, Declaration of Katherine M. Bolger dated May 18, 2026 and attached exhibits, and all prior pleadings herein, Defendant Dow Jones & Company, Inc., by and through its undersigned counsel, will move this Court before the Honorable Paul A. Engelmayer at the United States District Courthouse – Southern District of New York, 40 Foley Square, New York, New York, for an order dismissing Plaintiff Binance Holdings Limited's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: May 18, 2026

                          Respectfully submitted,
                          DAVIS WRIGHT TREMAINE LLP

                          Katherine M. Bolger
                          Amanda Levine
                          1251 Avenue of the Americas, 42nd Floor
                          New York, New York 10020
                          Telephone: (212) 489-8230
                          katebolger@dwt.com
                          amandalevine@dwt.com

                          Azeezat Adeleke (*pro hac vice* forthcoming)
                          1301 K Street NW Suite 500 East

2

Washington, D.C. 20001
Telephone: (202) 973-4237
azeezatadeleke@dwt.com