**Davis Wright Tremaine** LLP

42nd Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Amanda B. Levine**
212-402-4068 tel
212-489-8340 fax
amandalevine@dwt.com

June 16, 2026

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Binance Holdings Ltd. v. Dow Jones & Co., Inc.*, Case No. 26-cv-1980

Dear Judge Engelmayer:

We are counsel for defendant Dow Jones & Co., Inc. ("Defendant") in the above-referenced defamation action. On March 11, 2026, Plaintiff Binance Holdings Ltd. ("Plaintiff") filed the initial complaint in this action. *See* ECF No. 1. The complaint totaled 28 pages and alleged that Defendant published 11 defamatory statements in a February 23 article. *See id.* On May 18, Defendant filed its motion to dismiss the complaint. *See* ECF No. 16. On June 8, Plaintiff filed an amended complaint. *See* ECF No. 20. The amended complaint totals 60 pages and alleges that Defendant published 22 defamatory statements over the course of three articles. *See id.*

In light of this substantial increase in the length of the pleadings and the number of statements at issue in this action, Defendant respectfully requests that the Court grant 10 additional pages for Defendant's memorandum of law in support of its motion to dismiss the amended complaint. No previous requests for page length extensions have been made in this action.

The undersigned counsel has conferred with Plaintiff's counsel, who consented to this request provided that Plaintiff receives a commensurate increase in the page limit for its memorandum of law in opposition to Defendant's motion. Accordingly, pursuant to this Court's Individual Rule 3.C, Defendant's memorandum of law and Plaintiff's opposition memorandum would each have a maximum allotment of 35 pages.

Thank you for your consideration of this request.

        Respectfully,

        Davis Wright Tremaine LLP

        */s/ Amanda B. Levine*
        Amanda B. Levine

GRANTED.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: June 16, 2026
  New York, New York