UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINANCE HOLDINGS LTD.,

                              Plaintiff,

          -v-

DOW JONES & COMPANY, INC.,

                              Defendant.

26 Civ. 1980

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby schedules oral argument on the pending motion to dismiss, Dkt. 25, for

2:30 p.m. on July 29, 2026.  Argument shall be in-person, in courtroom 1305 of the Thurgood

Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

          SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 2, 2026
       New York, New York