UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINANCE HOLDINGS LTD.,

Plaintiff,

-v-

DOW JONES & COMPANY, INC.,

Defendant.

26 Civ. 1980

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of defendant's request for an adjournment of oral argument, scheduled for July 29, 2026, and the parties' proposed dates. Dkt. 29. Accordingly, the Court reschedules oral argument for Tuesday, August 12, 2026 at 2:30 p.m. Argument shall be in-person, in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 7, 2026
New York, New York