

10250 Constellation Boulevard, Suite 1400, Los Angeles, California 90067

t: +1 310 277 9930

f: +1 310 277 9935

withersworldwide.com

August 4, 2026

**By ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     Binance Holdings Ltd. v. Dow Jones & Co., Inc., No. 1:26-cv-1980-PAE—Response to Supplemental Authority

Dear Judge Engelmayer:

We write on behalf of Plaintiff Binance Holdings Limited ("Binance") in the above-captioned action to respond to the Notice of Supplemental Authority filed by Defendant Dow Jones & Co., Inc. ("the WSJ"). (ECF No. 34.)

The WSJ's supplemental authority, *The New York Times Co. v. Wayfarer Studios LLC*, Index No. 162963/2025 (Sup. Ct., N.Y. Cnty.), does not support the WSJ's request for attorney's fees under New York's anti-SLAPP law, N.Y. Civil Rights Law § 70-a(1). As Binance explained in its opposition, that request is procedurally improper for two independent reasons: (1) Section 70-a does not apply in federal court under the *Erie* doctrine because its "substantial basis" standard conflicts with the standards under Federal Rules of Civil Procedure 12 and 56; and (2) in any event, the WSJ cannot seek anti-SLAPP fees merely by including that request in a Rule 12(b)(6) motion. (ECF No. 31 at 34-35.)

*Wayfarer* does not address either defect. Because *Wayfarer* was filed in state court, the decision did not address the *Erie* issue—i.e., whether New York's anti-SLAPP "substantial basis" standard may be applied in federal court consistently with the Federal Rules. Nor did *Wayfarer* involve a defendant requesting anti-SLAPP fees in a Rule 12(b)(6) brief. To the contrary, The New York Times filed a separate anti-SLAPP action in New York state court against Wayfarer Studios LLC only after its federal-court claims against The New York Times were dismissed. (ECF No. 34 at 3).

direct: +1 212 848 9882
fax: +1 212 824 4282
email: christopher.lavigne@withersworldwide.com
admitted in New York

Withers Group

London  Geneva  Milan  Padua
Hong Kong  Singapore  Tokyo  British Virgin Islands
New York  Greenwich  New Haven  Texas
San Francisco  Los Angeles  San Diego

Judge Engelmayer
August 4, 2026

*Wayfarer* therefore reinforces, rather than undermines, Binance's procedural objections here.

Respectfully submitted,

Christopher N. LaVigne

cc: All counsel of record via ECF

2.