UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BINANCE HOLDINGS LIMITED,

Plaintiff,

vs.

DOW JONES & COMPANY, INC. d/b/a THE WALL STREET JOURNAL,

Defendant.

Case No: 1:26-cv-1980-PAE

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Binance Holdings Limited hereby seeks dismissal of this action with prejudice, with all parties bearing their own costs and attorneys' fees. Defendant Dow Jones & Company, Inc. joins in this stipulation.

Dated: September 23, 2026

By: ______________________

Christopher N. LaVigne
Amber Melville-Brown
Alexander C. Haden
Withers Bergman LLP
430 Park Avenue, 10th Floor
New York, NY 10022
(212) 848-9882
christopher.lavigne@withersworldwide.com
amber.melville-brown@withersworldwide.com
alex.haden@withersworldwide.com

*Attorneys for Plaintiff Binance Holdings Limited*

By: ______________________

Katherine M. Bolger
Amanda B. Levine
DAVIS WRIGHT TREMAINE LLP
1251 Avenue of the Americas, 42nd Floor
New York, NY 10020
(212) 489-8230
katebolger@dwt.com
amandalevine@dwt.com

Azeezat Adeleke (*pro hac vice*)
1301 K Street NW Suite 500 East
Washington, D.C. 20001
Telephone: (202) 973-4237
azeezatadeleke@dwt.com

*Attorneys for Defendant Dow Jones & Company, Inc.*